# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

Verdugo Enterprises, LLC,

        Debtor/s.

Chapter 11

Case No. 2:17-bk-04370-BKM

PROCEEDING & MINUTES FOR THE *CONTINUED* 11 U.S.C. §341 FIRST MEETING OF CREDITORS

**Date**: December 14, 2017
**Time**: 1:30 p.m.

Debtor Present ( X ) YES    ( ) NO      PRESIDING OFFICER: PATTY CHAN

APPEARANCE BY ATTORNEY FOR DEBTOR: *Pro Se*      ___ Yes ___ No

Isais Verdugo, 100% owner      PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED? ( X ) YES    ( ) NO

APPEARANCES:

| NAME | REPRESENT |
|---|---|
| 1. See list (attached) | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

REMARKS: _____

RELATED CASES: none

( ) Concluded      ( X ) Continued to:

Date: Thurs., Jan 25, 2018
Time: 1:30 pm
Location: 230 N. First Ave, Suite 102, Phoenix

*(signature)*
**PATTY CHAN**
Presiding Officer

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules

**Verdugo Enterprises, LLC**
Case No. 2-17-bk-04370-BKM

Appearances

| Name | Representing: |
|---|---|
| 1. Jaii Jason / Canterbury Law Group | petitioning Creditors |
| 2. Oscar Flores | my self |
| 3. Fidel Hernandez | |
| 4. Juan Ramirez | |
| 5. Jose Saldivar | |
| 6. Clau Pope | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |